[No. 13892–8–I. Division One. October 28, 1985.]

*In the Matter of the Marriage of* WILLIAM W. RENTON, *Appellant, and* GRACE RENTON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–94395, Horton Smith, J., entered October 12, 1983. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Corbett, C.J., and Cole, J. Pro Tem.

[No. 7131–2–II. Division Two. October 29, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. LINDSAY HUDSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–1–00510–0, Floyd V. Hicks, J., entered June 22, 1983. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Reed, J.

[No. 6457–3–III. Division Three. October 29, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. BRENT ALLEN BRYANT, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 84–8–00012–0, Daniel J. Hurson, J. Pro Tem., entered March 22, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.